

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00218-CV

| | | |
|---|---|---|
| Donice Williams | § | From the 360th District Court |
| | § | of Tarrant County (360-551889-14) |
| v. | | |
| | § | August 20, 2015 |
| Walter Ray Williams | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth